**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAMPLE, | No. C 09-771 SI (pr) |
|     Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| JAMES A. YATES, warden, | |
|     Respondent. | |

    Petitioner has filed a motion for enlargement of time to file his traverse. Upon due consideration, the motion is GRANTED. (Docket # 9.) Petitioner must file and serve his traverse no later than **October 29, 2009**.

    IT IS SO ORDERED.

DATED: October 8, 2009

                                                      SUSAN ILLSTON
                                                      United States District Judge