**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAMPLE, | No. C 09-771 SI (pr) |
|     Petitioner, | **ORDER EXTENDING DEADLINE** |
|    v. | |
| JAMES A. YATES, warden, | |
|     Respondent. | |

    Petitioner has filed a second motion for enlargement of time to file his traverse.  Upon due consideration, the motion is GRANTED.  (Docket # 11.)  Petitioner must file and serve his traverse no later than **December 18, 2009**.   No further extensions of this deadline will be permitted; by the time this extended deadline arrives, petitioner will have had more than four months to prepare his traverse.

    IT IS SO ORDERED.

DATED: November 23, 2009

                                                                      SUSAN ILLSTON
                                                         United States District Judge