UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAMPLE, | No. C 09-0771 SI (PR) |
|     Petitioner, | **JUDGMENT** |
|    v. | |
| JAMES A. YATES, | |
|     Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: September 1, 2010

                                      SUSAN ILLSTON
                               United States District Judge